

Minneapolis Office:
1650 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.605.4098
Facsimile: 612.605.4099

Chicago Office:
415 North LaSalle Street
Suite 502
Chicago, IL 60654
Telephone: 312.222.0660
Facsimile: 312.222.1656

February 10, 2015

**VIA U.S. MAIL**

Amy Nerenberg, Acting Clerk of Court
U.S. Court of Appeals for the 11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Re:   **Oral Argument Recording Request**
      **Case No. 14-11648**
      **Karhu v. Vital Pharmaceduticals, Inc.**

Dear Ms. Nerenberg:

I am writing to request a recording of the oral argument held on February 6, 2015 in the above-referenced matter. Enclosed is a check in the amount of $30.00 to cover the applicable fees. Please send a copy of the recording to the following address:

> 1650 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402.

Please contact our office with any questions. Thank you.

Very Truly Yours,

HALUNEN LAW

Jennifer DePalma
Legal Assistant

/jnd

```
Court Name: USCA 11 Office of the Clerk
Division: 1
Receipt Number: 4788000057
Cashier ID: dcrawfor
Transaction Date: 02/11/2015
Payer Name: Halunen LTD
-----------------------------------
AUDIO RECORDING
 For: Halunen LTD
 Amount:         $30.00
-----------------------------------
CHECK
 Check/Money Order Num: 8041
 Amt Tendered:  $30.00
-----------------------------------
Total Due:      $30.00
Total Tendered: $30.00
Change Amt:     $0.00

14-11648
```

Only when a bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for any payment returned/denied for insufficient funds.